Aidan W. Butler (SBN 208399)
3550 Wilshire Boulevard, Suite 1924
Los Angeles, California 90010
Telephone:  (213) 388-5168
Telecopier: (213) 388-5178
tocontactaidan@gmail.com

Attorneys for Plaintiff HOVHANNES MARKOSYAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOVHANNES MARKOSYAN, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company;  and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | **CASE NO.:  2:18‑cv‑08397‑DMG‑JC**<br><br>**JOINT RULE 26(f) REPORT** |

**TO THE HONORABLE COURT HEREIN:**

Plaintiff HOVHANNES MARKOSYAN ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC. ("Defendant") jointly submit this report in accordance with Rule 26(f) of the Federal Rules of Civil Procedure.

a. SYNOPSIS OF PRINCIPAL ISSUES

Plaintiff: Defendant violated the Fair Credit Reporting Act and the California

1 Consumer Credit Reporting Agencies Act in essence by reporting false and
2 inaccurate negative information about Plaintiff on his EQUIFAX credit report, and
3 failing to conduct a proper reinvestigation in response to Plaintiff's repeated
4 disputes, which caused Plaintiff harm.

6     Defendant denies that it violated any applicable laws.

8     b. INITIAL DISCLOSURES, PRESERVATION OF DISCOVERABLE
9     INFORMATION, AND DISCOVERY PLAN, INCLUDING A LISTING
10     AND PROPOSED SCHEDULE OF WRITTEN DISCOVERY,
11     DEPOSITIONS, AND A PROPOSED DISCOVERY CUT-OFF DATE
12     The parties agree to serve initial disclosures at the scheduling conference,
13 presuming that is re-set by the Court, or 21 days from the date this Joint Report is
14 filed, whichever is earlier.
15     The parties taken all necessary steps in order to ensure discoverable
16 information has been maintained in a manner such that said discovery is easily
17 accessible and preserved.
18     The parties do not request any discovery limitations, or see any need to deviate
19 from the Rules as far as discovery is concerned.
20     Given the issues in this case, the number of witnesses, and other matters on
21 counsels' respective calendars, the parties anticipates discovery will require no more
22 than 6 - 8 months.

24     c. LISTING AND PROPOSED SCHEDULE OF LAW AND MOTION
25     MATTERS, AND A PROPOSED DISPOSITIVE MOTION CUT-OFF DATE.
26     Plaintiff has no present plans to file any dispositive motions.
27     Defendant intends to move for summary judgment after
28 completion of discovery.

d. STATEMENT OF WHAT EFFORTS HAVE BEEN MADE TO SETTLE OR RESOLVE THE CASE TO DATE AND WHAT SETTLEMENT PROCEDURE IS RECOMMENDED PURSUANT TO LOCAL RULE 16-15.4 (SPECIFICALLY EXCLUDING ANY STATEMENT OF THE TERMS DISCUSSED)

Plaintiff's counsel and Defendant's in-house counsel engaged in early informal settlement discussions. After an impasse was reached, the matter was assigned by Defendant to its litigation counsel.

The parties believe that a a settlement conference before the magistrate judge assigned to this case (Local Rule 16-15.4(1) would maximize the chances of a resolution of the case, and believe that such a settlement conference should be scheduled after initial disclosures have been made, but before the parties incur substantial attorney's fees.

e. ESTIMATE LENGTH OF TRIAL AND PROPOSED DATE FOR PRETRIAL CONFERENCE AND FOR TRIAL

The parties believe that the case would require 3 – 4 days.

f. PARTIES LIKELY TO BE ADDED

Plaintiff does not presently anticipate adding additional parties.

g. WHETHER TRIAL WILL BE BY JURY OR COURT

The parties request a jury trial.

h. ANY OTHER ISSUES AFFECTING THE STATUS OR MANAGEMENT OF THE CASE

Plaintiff: None.

Defendant: None at this time.

i. PROPOSALS REGARDING SEVERANCE, BIFURCATION OR OTHER ORDERING PROOF

Plaintiff proposes bifurcating the trial for punitive damages, should the jury find that Defendant's violations of the FCRA / CCRAA were willful.

Defendant: Defendant does not propose any severance, bifurcation, or other ordering proof at this time.

MOTIONS

Plaintiff: Plaintiff does not presently intend to file any dispositive motions.

Defendant intends to file a motion for summary adjudication on the issues of liability and wilfulness.

DATED: February 4, 2019  Respectfully submitted,

By:   */S/ Aidan W. Butler*
Aidan W. Butler
Attorney for Plaintiff
HOVHANNES MARKOSYAN

NOKES & QUINN,

By:   */S/ Thomas P. Quinn*
Thomas P. Quinn
Attorney for Defendant
EQUIFAX INFORMATION SERVICES, LLC

# SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4 of the United States District Court for the Central District of California, I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained his authorization to affix his electronic signature to this document.

DATED: February 4, 2019                    Respectfully Submitted.

                                    By:   */S/ Aidan W Butler*
                                          Aidan W. Butler
                                          Attorney for Plaintiff
                                          HOVHANNES MARKOSYAN